Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

Middle for the

District of Florida

Charlotte Division

8:23 cv 1168 TPB-TGW

FILED 2023 MAY 25 PM 1:10

Case No. _____
*(to be filled in by the Clerk's Office)*

Christopher Demon Arnold R-68407
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

A- Tokilas
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Arnold Christopher Demon |
   | All other names by which you have been known: | |
   | ID Number | R-68407 |
   | Current Institution | |
   | Address | Union Correctional Institution P.O. Box 1000 |
   | | Raiford        Florida     32083 |
   | | City               State        Zip Code |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   | | |
   |---|---|
   | Name | A. Torras |
   | Job or Title *(if known)* | Correctional Officer |
   | Shield Number | |
   | Employer | Charlotte Correctional Institution |
   | Address | 33123 Oil Well Road |
   | | Charlotte Punta Gorda Florida 33955 |
   | | City               State        Zip Code |

   [✓] Individual capacity    [ ] Official capacity

   Defendant No. 2
   | | |
   |---|---|
   | Name | |
   | Job or Title *(if known)* | |
   | Shield Number | |
   | Employer | Not Applicable |
   | Address | |
   | | City               State        Zip Code |

   [ ] Individual capacity    [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer _____Not Applicable_____
  Address _____
         City         State      Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer _____Not Applicable_____
  Address _____
         City         State      Zip Code
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Not Applicable

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Not Applicable

*Not Applicable*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Officern Torres. A was unlawful and egotistical, casing the actions he did to Mr. Christopher Arnold more then one way. Assualt and battery is against the law whitch cause injuries.*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Not Applicable*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*I grievance the incident on date of 1/02/12 were the acted took place. I was and had my allgation approved for reporting on Jan 20, 2012 at Charlotte C.I.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 7, 2012 at 9:00 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was assaulted by Correctional Officer A. Torras, while Sergent Porter was in the Officer Station. I was caused battery upone till I was injuried for no reason well enough.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Officer A. Torras had injuried Mr. Christopher Arnold mouth and broke a tooth and cause injuries to my face. I was taken to medical in seen by a nurse who just documentation I mean made an report on it. I had no treatment. I was not seen by denital about my mouth or pain that I still have.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I care to have my mouth injuries too be paid for, the long Term damages for lose of canteen, mental and physical pain. Plus fee court cost and all Department of Corrections total fee.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). CHARLOTTE C.I. I WAS ASSAULTED WHEN I CAME BACK FROM CHALFEEN BY C.O. H. TOMAS.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   CHARLOTTE CORRECTIONAL INSTITUTION

2. What did you claim in your grievance? I WAS INVOLVED IN A SITUATION ON 1/7/2012 I MISSED THE FIRST CANTEEN CALL OUT BECAUSE I WAS HOUSE UP STAIRS. I KNOCKED ON THE WINDOW AN GOT THE CO. A. TORRAS WHO WORKED THE STATION. I WENT TO OFFICER STATTON WHEN THE DOOR OPEN. HE NOTED TO GO TO CANTEEN NEXT MOVEMENT WHICH I DID. WHEN I CAME BACK FROM CANTEEN OFFICER TORRAS ASSAULT ME IN THE SALLY PORT.

3. What was the result, if any? MY GRIEVANCE WAS APPROVED. BUT I WAS NOT GIVEN MY PRIVILEGES OF HAVE MY GRIEVANCE ALLEGATIONS PROVIDED PROPER CARE.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I WROTE A GRIEVANCE. AFTER IT WAS APPROVED, I WAS TRANSFERED.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I didn't file any other grievance but one about the missing canteen had not been supplied and had know beneficial results.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I was transferred to close management.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I was transferred from the camp.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
CASE WAS DISMISSED WAS AND IS WITHOUT PREJUDICE MAY 3, 2017 FILING DATE   MAY 4, 2017 DISPOSITION DATE.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Not Applicable
   Defendant(s)  

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Not Applicable

3. Docket or index number
   Not Applicable

4. Name of Judge assigned to your case
   Not Applicable

5. Approximate date of filing lawsuit
   Not Applicable

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.  May 4, 2017

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Case was dismissed and is without prejudice.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Mr. Christopher Demon Arnold_

   Defendant(s) _Officer D. McBay Officers K. Nelson and B. Thomassen_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _Middle District, Jacksonville County, Florida_

3. Docket or index number

   _3:17-CV-00504-BJD-JBT_

4. Name of Judge assigned to your case

   _Unknown_

5. Approximate date of filing lawsuit

   _May. 3, 2017_

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition   _May. 4, 2017_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*   _Case was dismissed and is without prejudice_